UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>FUNDS HELD AT CAPITAL ONE BANK, ACCOUNT NO. XXXXXXXXX5193, UP TO THE AMOUNT OF $120,000.00.<br><br>            Defendant. | Case No. 1:17-cv-00278-EJL<br><br>**CLAIM OF ROBERT L. NEWELL, TRUSTEE OPPORTUNITY PARTNERS, LP and BLACK HAWK FUNDING, INC.** |

COME NOW, Robert L. Newell, Trustee Opportunity Partners, LP, and Black Hawk Funding, Inc. by and through their representative Shawn M. Glen and in accord with Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, submit a claim to the following defendant property:

FUNDS HELD AT CAPITAL ONE BANK, ACCOUNT NO. XXXXXXXXX5193, UP TO THE AMOUNT OF $120,000.00

The basis of the claim is that they constitute a portion of $465,500.00 that Claimant Robert L. Newell wired from his personal bank account at Idaho Independent Bank on July 13,

CLAIM OF NEWELL et al. - 1

2016, pursuant to wire instructions received via email from a lawyer representing a plaintiff in a lawsuit.  Claimants Newell, Trustee Opportunity Partners, LP and Blackhawk Funding, Inc. were some of the named defendants in that suit.   In an effort to settle the claim, these Claimants' counsel Shawn M. Glen had entered into negotiation with plaintiff's lawyer, and received wire instructions from him via email.   After having wired the funds, Claimants and their attorney Glen discovered that plaintiff's lawyer email account had been hacked, that plaintiff's lawyer did not send the wire instructions, that the suit was not settled and the wired funds were unaccounted for.   The claimed funds belong to Claimant Robert L. Newell.

DATED this 3rd day of January, 2018.

/s/
Robert L. Newell, an individual

/s/
Black Hawk Funding, Inc.
Robert L. Newell, President

/s/
Trustee Opportunity Partners, LP, by
Black Hawk II, LLC, its General Partner
Robert L. Newell, Managing Member

## DECLARATION

I, Shawn M. Glen, am the attorney for Robert L. Newell, Trustee Opportunity Partners, LP, and Black Hawk Funding, Inc. and I am authorized to make this declaration on its behalf.

I have read the foregoing claim of Robert L. Newell, Trustee Opportunity Partners, LP, and Black Hawk Funding, Inc. and know the contents thereof.

I am informed and believe that the matters stated are true and, on that basis, I declare

CLAIM OF NEWELL et al. - 2

under penalty of perjury that the foregoing is true and correct.

Executed on January __3____, 2018 at Coeur d'Alene, Idaho.

_____/s/_____
Shawn M. Glen

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __3___ day of January, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kevin Maloney, Assistant United States Attorney
KMaloney@usa.doj.gov

_____/s/_____
Shawn M. Glen, Attorney for Claimants

CLAIM OF NEWELL et al. - 3