BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FUNDS HELD AT CAPITAL ONE BANK ACCOUNT NO, XXXXXXXXX5193, UP TO AN AMOUNT OF $120,000.00<br><br>　　　　Defendant. | Case No. CV-17-00278-S-EJL<br><br>**APPLICATION FOR ENTRY OF DEFAULT AS TO OLADELE R. LAWAL** |

TO:   The Clerk of the Court:

Plaintiff, the United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, Kevin T. Maloney, hereby requests that you enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Oladele R. Lawal for failure to file a proper claim or answer or otherwise defend as provided for in Rule G(5) of the Supplemental Rules for Admiralty or

APPLICATION FOR ENTRY OF DEFAULT AS TO OLADELE R. LAWAL- 1

Maritime Claims and Asset Forfeiture Actions. An affidavit in support of this request is attached hereto.

Respectfully submitted this 1st day of February, 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        */s/ Kevin T. Maloney*
        KEVIN T. MALONEY
        Assistant United States Attorney